IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

**FILED**

JUL 30 2013

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| SAUNDRA SCOTT,<br><br>        Plaintiff,<br><br>vs.<br><br>WAVELENGTH ELECTRONICS, INC.,<br><br>        Defendant. | CV 12–54–BU–DLC |

Pursuant to Plaintiff's motion to dismiss with prejudice (doc. 15),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 30th day of July, 2013

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court